IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MICHAEL COOPER, #R06824, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-742-MJR |
| ) | |
| JOHN EVANS, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is plaintiff Cooper's motion to strike the defendants' answers and affirmative defenses. **(Doc. 45.)** Plaintiff argues that he has not done enough discovery to enable him to "answer" the defendants' "denials."

Plaintiff appears to mistakenly believe that he is required to "answer" the defendants' answers. No such pleading is necessary, although as the case proceeds, plaintiff may need to respond to the defendants' affirmative defenses. *See* Fed.R.Civ.P. 8 and 10. Moreover, in accordance with Federal Rule of Civil Procedure 12(f), a pleading may only be stricken insufficient defenses or redundant, immaterial, impertinent, or scandalous matters.

**IT IS THEREFORE ORDERED** that plaintiff's motion to strike the defendants' answers **(Doc. 45)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** May 13, 2010

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**