IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.  08-742-SCW |
| | ) |
| JOHN EVANS, BARB COOKSEY, JOHN KLINE, ANGELA WINSOR, GARY ADAM, CHARLES CONRAD, DEANA FORTAG, MS. CAMPBELL, G. HOPSON, M. PROCTOR, C/O ORESKOVICH and C/O HOWELL, | ) |
| | ) |
| Defendant(s). | ) |

JUDGMENT IN A CIVIL CASE

Defendant **MS. CAMPBELL** was dismissed on July 20, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 159).

Defendants **JOHN EVANS, GARY ADAM, CHARLES CONRAD, DEANNA FORTAG, G. HOPSSON, C/O ORESKOVICH, and C/O HOWELL,** were granted summary judgment on October 5, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 162).

Defendant **M. PROCTOR** was dismissed on January 12, 2012 by Minute Entry entered by Judge Michael J. Reagan (Doc. 183).

The remaining defendants came before the Court for jury trial.

Defendants **BARB COOKSEY** and **ANGELA WINSOR** were granted judgment as a matter of law on October 22, 2012 by Magistrate Judge Stephen C. Williams (Doc. 231 and 233).

A jury verdict was returned in favor of Defendant **JOHN KLINE** and against Plaintiff **MICHAEL COOPER** (Doc. 237) as to Counts I, II and III**.**

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of defendants **JOHN EVANS, BARB COOKSEY, JOHN KLINE, ANGELA WINSOR, GARY ADAM, CHARLES CONRAD, DEANA FORTAG, MS. CAMPBELL, G. HOPSON, M. PROCTOR, C/O ORESKOVICH and C/O HOWELL** and against Plaintiff **MICHAEL COOPER.**

Plaintiff shall take nothing from this action.

**DATED** this 25th day of October, 2012

                                                     NANCY J. ROSENSTENGEL, CLERK

                                                     BY: **S/ Angela Vehlewald**
                                                              **Deputy Clerk**

**Approved by**  **S/ Stephen C. Williams**
            **United States Magistrate Judge**
            **Stephen C. Williams**